**No. 51407.**—Protests 502512–G, etc., of B. F. Montague Co., Inc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  In accordance therewith the claim of the plaintiff was sustained.

**No. 51408.**—Protests 124652–K, etc., of Cambridge Handkerchief Works, Inc., et al. (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51409.**—Protests 570376–G, etc., of Husney & Co. et al. (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51410.**—Protests 783187–G, etc., of Morris Abramovitz et al. (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51411.**—Protests 786847–G, etc., of S. Kravet & Sons et al. (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 13, 1946

**No. 51412.**—Protest 112447–K (A) of W. F. Mackay (Pembina).

Opinion by CLINE, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).  In accordance therewith the claim for free entry was sustained.